IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**LINDSEY W. PARNELL,**

    **Plaintiff,**

v.                                              **CIVIL ACTION NO . 05-0136-KD-M**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated the 3rd day of March, 2006, is **ADOPTED** as the opinion of this court.

**DONE** this the 24th day of March, 2006.

                                             **s/ Kristi K. DuBose**
                                             **KRISTI K. DuBOSE**
                                             **UNITED STATES DISTRICT JUDGE**